### 151 A.3d 98

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. N.L., DEFENDANT,
AND D.W., DEFENDANT.IN THE MATTER OF J.R.D., A MI-
NOR-RESPONDENT.NEW JERSEY DIVISION OF CHILD PRO-
TECTION AND PERMANENCY, PLAINTIFF-RESPONDENT, v.
N.L., DEFENDANT, AND S.B., DEFENDANT-PETITIONER.IN
THE MATTER OF H.A.B., A MINOR-RESPONDENT.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1365/1660/1661/1909-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.